**Richard HARRIS, Appellant,**

v.

**Jeff NORMAN, Respondent.**

**No. WD 76134.**

Missouri Court of Appeals, Western District.

Oct. 22, 2013.

Motion for Rehearing and/or Transfer to Supreme Court Denied Nov. 26, 2013.

Richard Harris, appellant pro se.

Stephen D. Hawke, for respondent.

Before Division I: VICTOR C. HOWARD, Presiding Judge, JOSEPH M. ELLIS, Judge and ANTHONY REX GABBERT, Judge.

### ORDER

PER CURIAM.

Richard Harris appeals the judgment of the trial court dismissing his petition for declaratory judgment, which claimed that the Board of Probation and Parole had incorrectly calculated the mandatory minimum prison term he would have to serve before being eligible for parole. Because a published opinion would have no precedential value, a memorandum has been provided to the parties.

The judgment is affirmed. Rule 84.16(b).